**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2,<br><br>           Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al.*,<br><br>           Defendants. | Case No. 2:16-cv-01226-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Substitute Attorney (ECF No. 28), filed on August 24, 2016.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Substitute Attorney (ECF No. 28) is **granted**.  The Clerk of the Court shall substitute Jeffrey S. Allison, Esq. and Mark H. Hutchings, Esq. as counsel of record for Plaintiff in the place of Aaron B. Shumway, Esq.

DATED this 25th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge