SUBT
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Jamie S. Hendrickson, Esq.
Nevada Bar No. 12770
**WRIGHT, FINLAY & ZAK, LLP**
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964 - Fax (702) 946-1345
esmith@wrightlegal.net
jhendrickson@wrightlegal.net

*Attorneys for Plaintiff and Counter/Cross Defendant, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 2; and Counter/Cross Defendant, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2015-1*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2, <br><br> Plaintiff, <br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MANDOLIN HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; MICHAEL D. FLAHERTY as Trustee of the Andrew M. Flaherty Living Trust Dated August 12, 1994; and DOES 1 through 10, and ROE CORPORATIONS 11 through 20, <br><br> Defendants. | Case No.: 2:16-cv-01226-JCM-GWF <br><br> **SUBSTITUTION OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |

|   |   |
|---|---|
| 1 | Counter/Cross Claimant, |
| 2 | vs. |
| 3 | CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2; WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2015-1; THE ANDREW M. FLAHERTY LIVING TRUST DATED AUGUST 12, 1994, |
|   | Counter/Cross Defendants. |

Plaintiff and Counter/Cross Defendant, CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2, and Counter/Cross Defendant, WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2015-1, hereby substitutes and appoints the law firm of Wright, Finlay & Zak, LLP as its attorneys in the above-entitled matter in place and stead of the law firm Houser & Allison, APC.

Dated this __3__ day of __July, 2017__

CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2

By: _____
Name: Vonketo White
Its: Mediation Specialist

WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2015-1

By: *(signature)*
Name: Vondero White
Its: Mediation Specialist

Houser & Allison, APC hereby substitutes in its place and stead the law firm of Wright, Finlay & Zak, LLP as attorneys for Plaintiff and Counter/Cross Defendant, CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2 and Counter/Cross Defendant, WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2015-1, in the above-entitled matter.

Dated this 3 day of July 2017

**HOUSER & ALLISON, APC**

Jeffrey Allison, Esq.
Nevada Bar No. 8949
Mark H. Hutchings, Esq.
Nevada Bar No. 12783
3900 Paradise Road, Suite 101
Las Vegas, NV 89169
(702) 410-7593

|   |                                                                 |
|---|-----------------------------------------------------------------|
| 1 | WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE |
| 2 | OF ARLP SECURITIZATION TRUST, SERIES 2015-1 |

By: _____

Name: _____

Its: _____

Houser & Allison, APC hereby substitutes in its place and stead the law firm of Wright, Finlay & Zak, LLP as attorneys for Plaintiff and Counter/Cross Defendant, CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2 and Counter/Cross Defendant, WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2015-1, in the above-entitled matter.

Dated this 30th day of June, 2017.

HOUSER & ALLISON, APC

/s/ Jeffrey Allison
Jeffrey Allison, Esq.
Nevada Bar No. 8949
Mark H. Hutchings, Esq.
Nevada Bar No. 12783
3900 Paradise Road, Suite 101
Las Vegas, NV 89169
(702) 410-7593

Wright, Finlay & Zak, LLP hereby accepts substitution as attorneys for Plaintiff and Counter/Cross Defendant, CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 2, and Counter/Cross Defendant, WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2015-1, in the above-entitled matter in place and stead of Houser & Allison, APC.

Dated this 30th day of June, 2017.

WRIGHT, FINLAY & ZAK, LLP

_____ for
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964

**IT IS SO ORDERED**

Dated: July 5, 2017

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **SUBSTITUTION OF COUNSEL** was made on this 3RD day of July, 2017, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing system as follows:

Jeffrey S Allison, Esq.
Mark Hutchings, Esq.
Aaron B. Shumway, Esq.
**HOUSER & ALLISON, APC**
3900 Paradise Road, Suite 101
Las Vegas, NV 89169

Diana Cline Ebron, Esq.
Howard C. Kim, Esq.
Jacqueline A. Gilbert, Esq.
**KIM GILBERT EBRON**
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

Robert S. Larsen, Esq.
Wing Yan Wong, Esq.
**GORDON & REES, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

/s/ LaCascia
An Employee of WRIGHT, FINLAY & ZAK, LLP